UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7647-GW-MRWx | Date | July 25, 2022 |
|---|---|---|---|
| Title | *RB Fashion & Design Inc. v. Miss Avenue, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 22, 2022, Plaintiff RB Fashion & Design, Inc. filed a Notice of Settlement. The Court hereby vacates all currently set deadlines and hearing dates, and now sets an order to show re: settlement hearing for August 29, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on August 26, 2022.

:

Initials of Preparer    JG