JAENAM COE  (SBN 175920)
LAW OFFICES OF JAENAM COE PC
3731 Wilshire Blvd. Suite 910
Los Angeles, CA  90010
Telephone:  213-389-1400
Attorney for Plaintiff,
RB FASHION & DESIGN, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| RB FASHION & DESIGN INC, a California Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MISS AVENUE, INC., a California Corporation; JIN W. YOUN, an individual; PINK LILY BOUTIQUE, an entity of unknown legal status; CORNERSTONE APPAREL, INC. dba PAPAYA CLOTHING; DOES 1 -10.<br><br>　　　　　　　　Defendants. | Case No. CV 21-7647-GW-MRWx<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

## ORDER

The stipulation, dated August26, 2022, is approved.  The entire action, including all claims stated herein against all remaining parties, is hereby dismissed without prejudice, reserving this Court's jurisdiction for enforcement of settlement.

Dated: August 26, 2022

_____
HON. GEORGE H. WU,
United States District Judge

-1-